IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHAFFER'S AUTOMOTIVE, LLC, *et al.*, : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:22-cv-03353-JMG |
| : | |
| CAERNARVON TOWNSHIP, *et al.*, : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 19th day of January 2024, upon consideration of Defendant's Motion to Enforce Settlement (ECF No. 63), The Report and Recommendation of the Honorable United States Magistrate Judge Pamela A. Carlos (ECF No. 70), Plaintiff's Objections (ECF No. 71), Defendant's Response (ECF No. 72), and Defendant's Objections (ECF No. 73), **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation (ECF No. 70) is **ADOPTED.**

2. The Motion to Enforce Settlement (ECF No. 63) is **GRANTED.**

3. Any and all claims asserted in Plaintiff's Complaint (ECF No. 1) against all Defendants are **DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge